UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY DERRELL PAIGE,

    Petitioner,

v.                                    Case No. 3:18cv450-LC-HTC

MARK S INCH,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 9, 2020 (ECF No. 25). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 25) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254, challenging the conviction in State v. Paige, 2009-CF-4088-A, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 27th of October, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**